UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WENDY JENKINS, an individual,<br><br>                    Plaintiff,<br><br>    v.<br><br>ESURANCE INSURANCE COMPANY, a foreign corporation,<br><br>                    Defendants. | No. 2:18-cv-01109-RSM<br><br>ORDER DISMISSING CASE |

Pursuant to the parties' Stipulation (Dkt. No. 21) and Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED: June 11, 2019

                                                  RICARDO S. MARTINEZ
                                                  CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE - 1
(2:18-cv-01109-RSM)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384